IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GEORGE TIANI                         :
602 Oak Hills Drive
#301                                 :
Arnold, MD 21012
                                     :
     Plaintiff                       :

vs.                                  :     Civil No:

ASFAHA W. DEIEN                      :
6843 Ben Franklin Road
Springfield, VA 22150                :

     Defendant                       :
```

### COMPLAINT

### JURISDICTIONAL STATEMENT

The Plaintiff, George Tiani, respectfully moves the Court for Entry of Judgment against the Defendant, Asfaha W. Deien, upon the following grounds:

The Plaintiff is an adult resident and citizen of the State of Maryland. The Defendant is an adult resident and citizen of the State of Virginia. The subject automobile accident having occurred in the District of Columbia. Plaintiff's claim for money damages exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs, etc. The Jurisdiction of this Honorable Court to hear and decide Plaintiff's claim is based upon diversity of citizenship.

### BASIS OF CLAIM
### COUNT I
### (NEGLIGENCE)

1.   That on or about February 16, 2006 at approximately 11:40 p.m., the Plaintiff, George Tiani, while exercising due care for his own safety, was operating a motor vehicle in a westerly direction along Mt. Vernon, NW at or near its

1

intersection with Massachusetts Avenue, NW in Washington, DC.

2. That at the same time and place aforementioned, the Defendant, Asfaha W. Deien, was operating a motor vehicle in a southerly direction along 9th Street, NW at or near its intersection with Massachusetts Avenue, NW in Washington DC when the Defendant suddenly and negligently caused his motor vehicle to strike the motor vehicle being operated by the Plaintiff.

3. That at the same time and place aforementioned, it became the duty of said Defendant to operate his vehicle in a safe and prudent manner, to maintain a constant vigilance for all other vehicles around him and ahead of him, to yield the right of way; to obey and to observe all traffic control devices, and to observe all the traffic laws, rules and regulations of the District of Columbia.

4. That notwithstanding the aforementioned duties, said Defendant, Asfaha W. Deien, failed in the performance thereof, and, without warning, negligently and recklessly caused his motor vehicle to forcefully and violently strike the motor vehicle being operated by the Plaintiff.

5. That as a direct and proximate result of the negligent acts of said Defendant, the Plaintiff, George Tiani, sustained severe personal injuries to his neck, back, head, knees and he suffered shock to his central nervous system.

6. That as a direct and proximate result of said Defendant's negligence, the Plaintiff, George Tiani, has incurred, and will continue to incur, substantial expenses for

medical care and attention.

7. That as a direct and proximate result of said Defendant's negligence, the Plaintiff, George Tiani, has incurred a loss of salary and wage.

**WHEREFORE,** the Plaintiff, George Tiani, claims of the Defendant, Asfaha W. Deien, damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) plus interest and costs of suit herein.

/s/Marvin Liss
**MARVIN LISS #433592**
5101 Wisconsin Avenue, N.W.
Suite 302
Washington, D.C.  20016
Phone (202) 237-6300
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE TIANI                              :
602 Oak Hills Drive
#301                                      :
Arnold, MD 21012

    Plaintiff                         :

vs.                                       :     Civil No:

ASFAHA W. DEIEN                           :
6843 Ben Franklin Road
Springfield, VA 22150                     :

    Defendant                         :

## JURY DEMAND

Mr. Clerk:

    The Plaintiff hereby demands a trial by Jury upon all issues herein.

                                              /s/Marvin Liss
                                              Marvin Liss #433592
                                              5101 Wisconsin Ave, N.W.
                                              Suite 302
                                              Washington, DC  20016
                                              (202) 237-6300
                                              Attorney for Plaintiff

### I (a) PLAINTIFFS
George Tiani

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: State of Maryland
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Marvin Liss (202) 237 6300
5101 Wisconsin Ave., N.W. Suite 302
Washington, DC 20016

### DEFENDANTS
Asfaha W. Deien

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Virginia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act
Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)   OR   ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. section 1332 - Diversity - Maryland Plaintiff and a Virginia Defendant

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23  **DEMAND $** 250,000.00  Check YES only if demanded in complaint
**JURY DEMAND:**  YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

**DATE** 06-09-08   **SIGNATURE OF ATTORNEY OF RECORD** Marvin Liss

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

- **I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

- **III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

- **IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

- **VI.** CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

- **VIII.** RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.