IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE TIANI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:08-cv-01002 ) |
| ASFAHA W. DEIEN, | ) Judge Emmet G. Sullivan ) Description: PI/Malpractice |
| Defendant. | ) |

## ANSWER

COMES NOW Asfaha W. Deien, by and through counsel, and files this, his Answer to the Complaint, and in support thereof states as follows:

### FIRST DEFENSE

This matter fails to meet the jurisdictional claims of Federal Court.

### SECOND DEFENSE

Plaintiff was contributorily negligent.

### THIRD DEFENSE

Plaintiff was not injured as claimed.

### FOURTH DEFENSE

Plaintiff has incorrectly named the defendant.

### FIFTH DEFENSE

As to each and every allegation, defendant states as follows:

1. He denies the allegations contained in Paragraphs 1, 2, 3 as phrased, 4, 5, 6, and 7 of the Complaint.

WHEREFORE, defendant moves this case be dismissed against him and be awarded his costs in this matter expended.

ASFAHA W. DEIEN,
By Counsel

TINA L. SNEE & ASSOCIATES, PLLC

_____
Tina L. Snee, Esquire (Fed. #15992)
9401 Lee Highway, Suite 206
Fairfax, VA 22031
703-352-8833
Fax: 703-352-8881
Counsel for defendant

DEFENDANT DEMANDS TRIAL BY JURY

TINA L. SNEE & ASSOCIATES, PLLC

_____
Tina L. Snee, Esquire

**Certificate of Service**

I HEREBY CERTIFY that a copy of the foregoing was served via regular mail, postage prepaid, this ___10___ day of July, 2008, to:

Marvin Liss, Esquire
5101 Wisconsin Ave., NW
Suite 302
Washington, DC 20016

_____
Tina L. Snee