IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE TIANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-01002 |
| ) | |
| ASFAHA W. DEIEN, ) | Judge Emmet G. Sullivan |
| ) | Description: PI/Malpractice |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW the defendant, by and through counsel, and files this, a Consent Motion for Extension of Time to file an Answer, and in support thereof states as follows:

1. The defendant was served by Registered Mail.

2. Counsel was not retained until the time for filing an Answer had passed.

3. Plaintiff's counsel has consented to the extension of time for filing an Answer.

4. The defendant has meritorious defenses to the complaint and the matter should be tried on the merits.

5. There would be no prejudice to the plaintiff for the extension of time.

WHEREFORE, defendant moves this court to find its formally filed untimely Answer timely filed.

ASFAHA W. DEIEN,
By Counsel

TINA L. SNEE & ASSOCIATES, PLLC

_____
Tina L. Snee, Esquire (Fed. #15992)
9401 Lee Highway, Suite 206
Fairfax, VA 22031
703-352-8833
Fax: 703-352-8881
Counsel for defendant

### Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was served via regular mail, postage prepaid, this ___10___ day of July, 2008, to:

Marvin Liss, Esquire
5101 Wisconsin Ave., NW
Suite 302
Washington, DC 20016

_____
Tina L. Snee