IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE TIANI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASFAHA W. DEIEN, )<br>)<br>Defendant. ) | Case No. 1:08-cv-01002<br><br>Judge Emmet G. Sullivan<br>Description: PI/Malpractice |

### LINE OF DISMISSAL

COMES NOW the parties, by and through counsel, and ask that this matter be dismissed with prejudice as settled.

_____
Tina L. Snee, Esquire
TINA L. SNEE & ASSOCIATES, PLLC
9401 Lee Highway, Suite 206
Fairfax, VA 22031
703-352-8833
Fax: 703-352-8881
Counsel for Defendant

_____
Marvin Liss, Esquire
5101 Wisconsin Ave., NW
Suite 302
Washington, DC 20016
Counsel for Plaintiff